UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL CHIULLI

V.

CA 06 275T
C.A. No.:

DISABILITY REINSURANCE MANAGEMENT SERVICES, INC. and BOSTON MUTUAL LIFE INSURANCE COMPANY

**COMPLAINT**

PARTIES AND JURISDICTION

1. The plaintiff, Carol Chiulli, a resident of the City of Cranston, State of Rhode Island, brings this complaint on her own behalf as a beneficiary under a long term disability insurance policy issued to her through her employer, Academic Enterprises, Inc.

2. The defendant, Boston Mutual Insurance Life Insurance Company issued an ERISA Welfare Benefit Plan within the meaning of ERISA, 29 USC§1002(1), and this Court has jurisdiction under 29 USC§1144.

3. The defendant, Disability Reinsurance Management Services, Inc. acted as the administrator of a long term disability benefit plan issued to the employees of Academic Enterprises, Inc. Said long term disability plan bears the group policy number 0053189-00001.

4. The plaintiff was an employee of Academic Enterprises, Inc. on or prior to May 21, 2004 and by virtue of said employment was a certificate holder of said long term disability benefit plan issued by the defendant.

5. While in the employ of Academic Enterprises, Inc., the plaintiff became totally disabled as defined in the certificate of long term disability benefits.

6. On May 21, 2004, the plaintiff was no longer able to perform her job duties.

7. The plaintiff duly filed a claim for long term disability benefits as required by the policy described above.

8. The defendants have wrongfully denied plaintiffs request for long term disability benefits to which she is entitled

9. The plaintiff has demanded benefits from the defendants and the defendants have refused to pay benefits due the plaintiff under the aforementioned policy.

10. The defendants' failure to pay the benefits due the plaintiff is a breach of its obligation under the policy.

WHEREFORE, the plaintiff, Carol Chiulli, demands judgment against the defendant, Disability Reinsurance Management Services, Inc. and Boston Mutual Insurance Company, in an amount equal to the coverage provided by said plan, plus interest, costs and attorney fees.

Plaintiff,
By her Attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

Dated: 6-8-06