UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL CHIULLI,<br>Plaintiff<br><br>vs.<br><br>DISABILITY REINSURANCE MANAGEMENT SERVICES, INC. and BOSTON MUTUAL LIFE INSURANCE COMPANY,<br>Defendants | C.A. No. 06-275T |

## WAIVER OF SERVICE OF SUMMONS

I hereby waive service of a Summons in this action on behalf of defendants Disability Reinsurance Management Services, Inc. and Boston Mutual Life Insurance Company. I have received a copy of the Complaint in this action and a means by which I can return the signed Waiver without cost to me.

I agree to save the cost of service of a Summons and an additional copy of the Complaint in this lawsuit by not requiring that the parties on whose behalf I am acting be served with judicial process in the manner provided by Rule 4.

The parties on whose behalf I am acting will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the Summons or in the service of the Summons.

I understand that a judgment may be entered against the parties on whose behalf I am acting if an answer or motion under Rule 12 is not served upon plaintiff within sixty (60) days after June 26, 2006.

Brooks R. Magratten, Esq., #3583
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: June 26, 2006

CERTIFICATE OF SERVICE

To:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street – Suite 101
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Waiver of Service of Summons by mailing first class mail, postage prepaid, on the 26th day of June, 2006.