UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 27 2006
Property of U.S. District Court
District of Rhode Island

CAROL CHIULLI,
Plaintiff

vs.

DISABILITY REINSURANCE MANAGEMENT SERVICES, INC. and BOSTON MUTUAL LIFE INSURANCE COMPANY,
Defendants

C.A. No. 06-275T

**STIPULATION**

Plaintiff and defendants agree that defendants shall have up to and including July 15, 2006, to respond to the complaint.

Anthony J. Gianfrancesco, Esq., #2762
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
Attorneys for Plaintiff
155 South Main Street – Suite 101
Providence, Rhode Island 02903
(401) 331-1434
(401) 351-9653 FAX
anthony.gianfrancesco@verizon.net

Brooks R. Magratten, Esq., #3583
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: June 27, 2006

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 7/5/06