UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL CHIULLI

V. C.A. No.: 06-275T

DISABILITY REINSURANCE MANAGEMENT SERVICES, INC. and BOSTON MUTUAL LIFE INSURANCE COMPANY

**RULE 16, PRE-TRIAL STATEMENT**
**OF THE PLAINTIFF CAROL CHIULLI**

This is an ERISA claim brought by the Plaintiff, Carol Chiulli for long term disability benefits under a policy of insurance issued to her by her employer. The defendant, Boston Mutual issued the plan and it was administered by defendant Disability Reinsurance. At issue is the ERISA Welfare Benefit Plan within the meaning of ERISA, 29 USC§1002(1), and this Court has proper jurisdiction under 29 USC§1144.

On or about May 21, 2004, Plaintiff became totally disabled and unable to perform her job duties. As a result of her total disability, Plaintiff made a claim for benefits under the policy of insurance at issue. Defendants have wrongfully denied her request for long term disability benefits. Plaintiff suffers from fibromyalgia, vertigo and visual difficulties which made it impossible for her to be able to perform the material and substantial duties of her regular occupation.

Defendant,
By her Attorney,

/s/ Anthony J. Gianfrancesco

Anthony J. Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was forwarded via the ECF System to **Brooks R. Magratten, Esquire, bmagratten@vetterandwhite.com** and **Catherine A. Shaghalian, Esquire, cshaghalian@vetterandwhite.com**, VETTER & WHITE, 20 Washington Place, Providence, Rhode Island 02903 on this ______day of December, 2006.

/s/ Anthony J. Gianfrancesco