UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL CHIULLI, Plaintiff | ) | C.A. No. 06-275T |
| vs. | ) | |
| DISABILITY REINSURANCE MANAGEMENT SERVICES, INC. and BOSTON MUTUAL LIFE INSURANCE COMPANY, Defendants | ) | |

## DISMISSAL STIPULATION

It is hereby stipulated by and between the parties that the above-entitled action is hereby dismissed with prejudice, no costs.

/s/ Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq., #2762
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
Attorneys for Plaintiff
155 South Main Street – Suite 101
Providence, Rhode Island 02903
(401) 331-1434
(401) 351-9653 FAX
anthony.gianfrancesco@verizon.net

/s/ Catherine A. Shaghalian
Brooks R. Magratten, Esq., #3583
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: March 19, 2007

CERTIFICATE OF SERVICE

To:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street – Suite 101
Providence, RI 02903

I hereby certify that I electronically filed this Dismissal Stipulation on March 19, 2007. The stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian